ZENO B. BAUCUS
COLIN M. RUBICH
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North
Box 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: zeno.baucus@usdoj.gov
      colin.rubich@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
DEC 2 2 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KEITH PRESTON COFFIN and TIMOTHY DALLIS SWOPE, Defendants. | CR 16-116-BLG-SPW <br><br> INDICTMENT <br><br> CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release |
|---|---|

1

| | TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That beginning in or before December 2015, and continuing through at least December 2016, at Sidney, in the State and District of Montana, North Dakota, California, Idaho, and elsewhere, the defendants, KEITH PRESTON COFFIN and TIMOTHY DALLIS SWOPE, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 or more grams of a substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That beginning in or before December 2015, and continuing through at least December 2016, at Sidney, in the State and District of Montana, North Dakota, California, Idaho, and elsewhere, the defendants, KEITH PRESTON COFFIN and TIMOTHY DALLIS SWOPE, knowingly possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

FOREPERSON SIGNATURE REDACTED.
FOREPERSON

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

JOSEPH E. THAGGARD
Criminal Chief
Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: 0 _____